UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

Docket No. 5:11-CR-157-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GEORGE BELL, JR. | ) | |
|     Defendant | ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for Tuesday, January 3, 2012, in Wilmington. The case is hereby CONTINUED to the court's March 12, 2012, term of court in Wilmington, North Carolina.

This the 15th day of December, 2011.

*[signature]*
James C. Fox
Senior U.S. District Judge